UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MELISSA F. L.,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, et al.,<br><br>    Defendants. | Case No. 20-cv-04821-RMI<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ATTORNEY FEES**<br><br>Re: Dkt. No. 35 |

On March 9, 2022, the undersigned entered an order granting Plaintiff's Motion for Summary Judgment, reversing the decision of the Commissioner, and remanding this matter for immediate calculation and payment of benefits. *See* (dkt. 30). On June 16, 2022, the undersigned granted the Parties' Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA") in the amount of $11,000.00. *See* (dkt. 34). On March 1, 2023, the Social Security Administration awarded Plaintiff past-due benefits in the amount of $164,515.35. *See* (dkt. 35-3).

Plaintiff's attorney now seeks an award of attorney fees in the amount of $42,000 pursuant to 42 U.S.C. § 406(b)(1). (dkt. 35). The Commissioner's response takes no position on the reasonableness of the fee request, but instead argues that counsel's request for a "net award" is improper. *See* (dkt. 37). Plaintiff has not replied to the Commissioner's argument, and thus this issue has been conceded by Plaintiff. In any event, the Commissioner's position is a correct interpretation of the governing statutes. *See, e.g.*, *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the *claimant's attorney must refund to the claimant the amount of the smaller fee*.") (emphasis added) (citations omitted).

Accordingly, the court **HEREBY GRANTS** Plaintiff's Motion for Attorney Fees Pursuant to § 406(b)(1) in the amount of $42,000. The Commissioner is directed to certify payment in that amount to Plaintiff's counsel and Plaintiff's counsel is **ORDERED** to refund $11,000 to Plaintiff upon receipt of the award.

**IT IS SO ORDERED.**

Dated: May 19, 2023

ROBERT M. ILLMAN
United States Magistrate Judge